IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND; AND TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS WELFARE FUND,<br><br>        Plaintiffs,<br>   v.<br><br>GLEASON WOODWORK, INC., a dissolved Illinois corporation; and THOMAS M. GLEASON, Individually,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>) No. 14 C 2754<br>)<br>) Judge Castillo<br>)<br>) Magistrate Judge Mason<br>)<br>) |

**PLAINTIFFS' MOTION FOR
ORDER COMPELLING PRODUCTION OF RECORDS FOR AN AUDIT
AND FOR JUDGMENT ON COUNT II**

      Plaintiffs, by and through their attorneys, DONALD D. SCHWARTZ, JAMES R. ANDERSON, GREGORY W. HOSE` and ARNOLD AND KADJAN, move this Court to enter enter an order compelling the corporate Defendant to produce books and records for a fringe benefit fund contribution compliance audit, and to enter a final judgment on Count II of the Complaint. In support of their Motion, the Plaintiffs state as follows:

      1.     The Defendants were personally served with the Summons and Complaint on May 27, 2014 as shown on the returns of service previously filed with the Clerk of the Court.

      2.     More than twenty-one days passed after service and the defendants did not served any responsive pleading. Defendants did not move for enlargement of time in which to serve any responsive pleading. This Court entered an order of default against the Defendants on June 18, 2014. Although the Court ordered that an audit take place, Plaintiffs move this Court to enter an order which specifically identifies records to be produced by the corporate Defendant so to avoid confusion as to what records are to be produced.

3. In Count II of the Complaint, Plaintiffs seek judgment against the corporate and individual defendant in the amount of $1,594.24 as the balance owed on an installment note to pay delinquent fringe benefit fund contributions and other charges due under ERISA. The amount is owed based on the Affidavit of Gerardo Fitzgibbon, attached hereto as Exhibit 1.

4. This claim is separate and distinct from the claim listed in Count I, and there is no just reason for a delay in the entry of a final judgment on this Count. Fed. R. Civ. P 54(b).

WHEREFORE, Plaintiffs pray for the following relief:

A. That this Court enter the attached order compelling production of books and records for a fringe benefit fund contribution compliance audit for the period from September 1, 2012 through the present.

B. That this Court enter final judgment on Count II in favor of Plaintiffs and against the Defendants, Gleason Woodwork, Inc., and Thomas M. Gleason, jointly and severally, in the amount of $1,594.24, and expressly find that there is no just reason for a delay in the entry of a final judgment. (See proposed order attached as Exhibit 2).

Respectfully submitted,

TRUSTEES OF THE CHICAGO PAINTERS et al.

 s/ James R. Anderson
One of Plaintiffs' attorneys

DONALD D. SCHWARTZ
JAMES R. ANDERSON
GREGORY W.HOSE`
ARNOLD AND KADJAN
203 North LaSalle Street, Suite 1650
Chicago, Illinois 60601
(312)236-0415