**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND; TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS WELFARE FUND; TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS SAVINGS FUND; TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS APPRENTICESHIP FUND; TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS SCHOLARSHIP FUND; and TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS JOINT COOPERATION TRUST FUND, | ) ) ) ) ) ) ) ) ) ) ) ) | No. 14 C 2754<br><br>Judge Castillo |
| Plaintiffs, | ) ) | Magistrate Judge Mason |
| v. | ) ) | |
| GLEASON WOODWORK, INC., a dissolved Illinois corporation; and THOMAS M. GLEASON, Individually, <br>Defendant. | ) ) ) ) | |

## MOTION FOR ORDER OF DEFAULT AND JUDGMENT IN SUM CERTAIN

Plaintiffs, by their attorneys, DONALD D. SCHWARTZ, JAMES R. ANDERSON, GREGORY W. HOSÉ and ARNOLD AND KADJAN, pursuant to F.R.C.P. 55, respectfully move this Honorable Court for entry of a default judgment in sum certain against Defendant, Gleason Woodwork, Inc., a dissolved Illinois corporation; and Thomas M. Gleason, Individually, as stated in the Complaint and the supporting Affidavits attached hereto. In support of its Motion, Plaintiffs state:

1. This case was filed on April 16, 2014.

2. Defendant Gleason Woodwork, Inc. was served with Summons and Complaint on May 27, 2014 as shown on the return of service previously filed. Defendant Thomas M. Gleason

1

was served with Summons and Complaint on May 27, 2014 as shown on the return of service previously filed.

3. In excess of 21 days have expired since Service of Process, however, Defendants has failed to file an answer or otherwise plead.

4. Per the affidavit of Richard J. Wolf, an audit of Defendant demonstrated that Defendant owes Plaintiffs Trustees of the Chicago Painters and Decorators Pension Fund *et al*, in the amount of $3,228.32 in benefits, $484.24 liquidated damages, and $760.00 audit costs for a total due of $4,472.56 for the audit period January 1, 2013 through June 30, 2014. (Wolf Affidavit attached hereto as Exhibit A.)

5. Per the affidavit of Angela Gunder, discrepancies of $2,854.23 remain outstanding for the contribution months of October 2008, May 2011, June 2011, July 2011, August 2011, September 2011, October 2011, November 2011, October 2012 and December 2012, in addition to $1,858.37 in accumulated liquidated damages owed for the months of November 2012, March 2013, June 2013, and September 2013. (Gunder Affidavit attached hereto as Exhibit B.)

6. Per the affidavit of Gregory W. Hosé, the Plaintiffs have incurred $3,837.00 in legal fees pursuing this action. (Declaration of Gregory W. Hosé attached hereto as Exhibit C.)

**WHEREFORE**, Plaintiffs pray for:

1. The entry of final judgment against Gleason Woodwork, Inc., a dissolved Illinois corporation, and Thomas M. Gleason, Individually, in the amount of $13,022.16.
2. Retain jurisdiction to enforce the judgment.

Respectfully submitted,

**TRUSTEES OF THE CHICAGO PAINTERS
AND DECORATORS PENSION FUND, et al.**

By: /s/ Gregory W. Hosé
    One of their Attorneys

DONALD D. SCHWARTZ
JAMES R. ANDERSON
GREGORY W. HOSÉ
ARNOLD AND KADJAN
203 N. LaSalle St., Ste. 1650
Chicago, Illinois 60601
(312) 236-0415